```
Scott J. Sagaria (State Bar No. 217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
Sagaria Law P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
```



IT IS SO ORDERED
Judge Edward J. Davila
DATED: 7/30/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| RONNIE LITTLETON,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION LLC; SUNTRUST MORTGAGE, INC.; PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, AND DOES 1 THROUGH 100 INCLUSIVE<br><br>        Defendants. | Case No. 5:15-cv-01836-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Ronnie Littleton, pursuant to Federal rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Equifax, Inc. as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal.

    (1) By the Plaintiff.

        (a) *Without a Court Order.* Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            (1) a notice of dismissal before the opposing party service either an

answer or a motion for summary judgment.

Defendant Equifax, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

DATED: July 28, 2015                SAGARIA LAW
                                    A Professional Corporation


                                    By:    /s/Elliot W. Gale
                                              Elliot W. Gale

                                    Attorneys for Plaintiff Ronnie Littleton