UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONNIE LITTLETON,<br><br>    Plaintiff,<br><br>  v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,<br><br>    Defendant. | Case No. 5:15-cv-01836-EJD<br><br>**ORDER TO SHOW CAUSE** |

On August 4, 2015, the court issued an order dismissing Plaintiff's Complaint with leave to amend. See Docket Item No. 34. The court set a deadline of August 19, 2015, for the filing of an amended complaint. To date, Plaintiff has not filed an amended complaint as directed.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, by **August 28, 2015**, demonstrate good case in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: August 20, 2015

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:15-cv-01836-EJD
ORDER TO SHOW CAUSE